IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR71 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MARTIN CAMPOS-CALDERON, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for appointment of counsel (Filing No. 273).

The Defendant requests new counsel to appeal from his sentence. His Judgment was filed on February 6, 2008. The appeal deadline at that time was 10 business days after the filing of the Judgment. The Judgment is final.

IT IS ORDERED:

1. The Defendant's motion for appointment of counsel (Filing No. 273) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 22nd day of November, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge